## STOUT v. STATE.
### No. 15962.

Court of Criminal Appeals of Texas.
April 12, 1933.

W. W. Ballard, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction was for fraudulently receiving and concealing stolen property over the value of $50; punishment being two years in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment appears to be in proper form. In this condition of the record nothing is presented for review.

The judgment is affirmed.

## MAIORK v. STATE.
### No. 15974.

Court of Criminal Appeals of Texas.
April 12, 1933.

A. C. Winborn, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.